IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JEFFERY M. FLECKENSTEIN, et al.,** | : | |
| Plaintiffs | : | No. 1:14-cv-1085 |
| | : | |
| v. | : | (Judge Kane) |
| | : | |
| **ROSS W. CRAWFORD, et al.,** | : | (Magistrate Judge Schwab) |
| Defendants | : | |

# ORDER

**AND NOW,** on this 30th day of September 2015, **IT IS HEREBY ORDERED THAT**:

1. Magistrate Judge Schwab's Report and Recommendation (Doc. No. 26) is **ADOPTED**;

2. Plaintiffs' objections (Doc. Nos. 27, 28) are **OVERRULED**;

3. Defendants' motion to dismiss (Doc. No. 14) is **GRANTED IN PART AND DENIED IN PART** as follows:

    a. Plaintiffs' claim under the Pennsylvania Wrongful Death Act (Count IV) is **DISMISSED WITHOUT PREJUDICE** with leave to amend this count within 21 days of this order, if Plaintiffs choose to do so;

    b. The state created danger claim pursuant to 42 U.S.C. § 1983 is **DISMISSED** with prejudice as to the Defendant Commissioners Chronister, Hoke, and Reilly;

    c. Defendant York County is **DISMISSED** as a defendant with prejudice; and

    d. In all other respects, the motion is **DENIED**;

4. Defendant Ross Crawford's motion for complex track (Doc. No. 19) is **DENIED**.

S/ Yvette Kane
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania