# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JEFFERY M. FLECKENSTEIN,** | : | |
| Plaintiff | : | No. 1:14-cv-01085 |
| | : | |
| v. | : | (Judge Kane) |
| | : | |
| **ROSS W. CRAWFORD, et al.,** | : | |
| Defendants | : | |

## ORDER

**AND NOW**, on this 23rd day of March 2018, in accordance with the Memorandum entered concurrently with this Order, **IT IS ORDERED THAT** Plaintiff Jeffery M. Fleckenstein's motion for a default judgment as to Defendant Ross W. Crawford (Doc. No. 74), is **DENIED** without prejudice.

                                                                              s/ Yvette Kane
                                                                              Yvette Kane, District Judge
                                                                              United States District Court
                                                                              Middle District of Pennsylvania