# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JEFFERY M. FLECKENSTEIN, | : | |
|     Plaintiff | : | No. 1:14-cv-01085 |
| | : | |
| v. | : | (Judge Kane) |
| | : | |
| ROSS W. CRAWFORD, et al., | : | |
|     Defendants | : | |

# **ORDER**

**AND NOW**, on this 23rd day of March 2018, upon consideration of Plaintiff's motion "to compel Defendant Crawford to answer questions that he would not answer during his deposition" (Doc. No. 72), **IT IS ORDERED THAT** Plaintiff's motion is **DENIED**.

 

s/ Yvette Kane
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania