IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JEFFERY M. FLECKENSTEIN, | : | |
| **Individually and as the Administrator of** | : | |
| **the Estate of CherylAnn J. Dowell,** | : | |
| Plaintiff | : | No. 1:14-cv-01085 |
| | : | |
| v. | : | (Judge Kane) |
| | : | |
| ROSS W. CRAWFORD, | : | |
| Defendant | : | |

# ORDER

**AND NOW**, on this 15th day of August 2019, in accordance with the Memorandum issued concurrently with this Order, **IT IS ORDERED THAT**:

1. Plaintiff Jeffrey M. Fleckenstein ("Plaintiff")'s motion for default judgment as to Defendant Ross. W. Crawford ("Defendant") (Doc. No. 116) is **GRANTED**;

2. The Clerk of Court is directed to defer the entry of judgment in favor of Plaintiff and against Defendant pending the Court's damages determination, consistent with Court's discussion in the accompanying Memorandum; and

3. A separate Order scheduling a trial on damages before the undersigned shall issue.

s/ Yvette Kane<br>
Yvette Kane, District Judge<br>
United States District Court<br>
Middle District of Pennsylvania